**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| BABAK BAYRAMOV,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | No. 1:25-cv-00189 (RDA-WBP) |

**ORDER**

Upon consideration of Defendants' motion to remand, and for good cause shown, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Plaintiff's application to become naturalized citizens of the United States is REMANDED to USCIS for further proceedings; and it is further

ORDERED that the parties shall bear their own costs and fees.

Dated: April 2, 2025

UNITED STATES DISTRICT JUDGE
EDVA